PER CURIAM.
Affirmed. See New York v. Belton, 453 U.S. 454, 101 S.Ct. 2860, 69 L.Ed.2d 768 (1981); Jacobson v. State, 476 So.2d 1282 (Fla.1985); State v. Kibbee, 513 So.2d 256 (Fla. 2d DCA 1987); State v. Kehoe, 498 So.2d 560 (Fla. 4th DCA 1986), approved, 521 So.2d 1094 (Fla.1988); Berry v. State, 493 So.2d 1098 (Fla. 4th DCA 1986); State v. Navarro, 464 So.2d 137 (Fla. 3d DCA 1984).